# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JULIE RUIZ, individually and on behalf of all others similarly situated
Plaintiff,

v.

CONAGRA BRANDS, INC.,

Defendant.

Case No. 22 C 2421
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):
☐ in favor of plaintiff(s)
and against defendant(s)

in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

☐ in favor of Defendant (s)

and against Plaintiff (s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: dismissed with prejudice.

This action was *(check one)*:
☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.

Date: 2/8/2023

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk